**LOEW, Respondent, v. McINERNEY et al., Appellants.** (Supreme Court, Appellate Division, Second Department. June 24, 1913.) Action by Lottie Loew against Charles A. McInerney and others.
PER CURIAM. Motion for stay granted, upon condition that the defendants pay the expenses of advertising before the time fixed for sale, with leave to plaintiff to apply for a modification or vacation of the stay, upon proof of the commencement of an action to foreclose a prior mortgage. See, also, 142 N. Y. Supp. 1127.

**LOEW, Respondent, v. McINERNEY et al., Appellants.** (Supreme Court, Appellate Division, Second Department. June 27, 1913.) Action by Lottie Loew against Charles A. McInerney and others.
PER CURIAM. Motion for stay granted on reargument, on condition that defendants within 10 days give a bond in the sum of $2,000, condi-

tioned to pay the interest that shall accrue upon all of the mortgages upon said premises pending the stay granted herein, and the taxes upon the property, provided the proceeds of the sale are insufficient to pay plaintiff's claim in full; otherwise, motion for stay denied, and temporary stay vacated. Settle order before Mr. Justice Burr. See, also, 142 N. Y. Supp. 1127.